AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

Securities and Exchange Commission

*Plaintiff(s)*

v.

Wealth Strategy Partners, L.C.; Harvey Altholtz; Stevens Resource Group, LLC; and George Q. Stevens

*Defendant(s)*

Civil Action No. 8:14-CV-2427-T-27TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wealth Strategy Partners, L.C.
Attention: Harvey Altholtz, its MGRM and Registered Agent
2906 Alex McKay Place
Sarasota, FL 34240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James M. Carlson, Esq., Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 25 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Securities and Exchange Commission )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
) 8:14-CV-2427-T-27TGW
Wealth Strategy Partners, L.C.; Harvey Altholtz; )
Stevens Resource Group, LLC; and George Q. )
Stevens )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stevens Resource Group, LLC
c/o George Q. Stevens
6307 Shady Lane SW
Lacey, WA 98503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James M. Carlson, Esq., Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 25 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Securities and Exchange Commission <br><br> *Plaintiff(s)* <br> v. <br> Wealth Strategy Partners, L.C.; Harvey Altholtz; Stevens Resource Group, LLC; and George Q. Stevens <br><br> *Defendant(s)* | Civil Action No. <br><br> 8:14-CV-2427-T-27TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George Q. Stevens
6307 Shady Lane SE
Lacey, WA 98503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James M. Carlson, Esq., Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 25 2014

Ariel Guzman

*Signature of Clerk or Deputy Clerk*

[Stamp: RECEIVED 2014 SEP 25 PM 1:06 TAMPA, FLORIDA]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Securities and Exchange Commission

*Plaintiff(s)*

v.

Wealth Strategy Partners, L.C.; Harvey Altholtz; Stevens Resource Group, LLC; and George Q. Stevens

*Defendant(s)*

Civil Action No. 8:14-CV-2427-T-27TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Harvey Altholtz
2906 Alex McKay Place
Sarasota, FL 34240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James M. Carlson, Esq., Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 25 2014

*Signature of Clerk or Deputy Clerk*