UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,                                      Case No. 8:14-cv-2427-T-27TGW

vs.

WEALTH STRATEGY PARTNERS, LLP, *et al.*,

       Defendants.

_____/

**FINAL JUDGMENT AS TO DEFENDANTS
STEVENS RESOURCE GROUP, LLC AND GEORGE STEVENS**

The Securities and Exchange Commission having filed a Second Amended Complaint and Defendants Stevens Resource Group, LLC ("SRG") and George Stevens ("Stevens") (collectively, the "Defendants") having: entered a general appearance; consented to the Court's jurisdiction over them and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as personal and subject matter jurisdiction, which Defendants admit); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

**I.**

**INCORPORATION OF JUDGMENTS**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court's Judgments entered on December 9, 2014 as to SRG [D.E.] and Stevens [D.E. 17], are hereby adopted and incorporated by reference with the same force and effect as if fully

set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

## II.

**DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY**

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants shall pay disgorgement of ill-gotten gains of $43,500, plus prejudgment interest thereon of $5,845.08, for a total of $49,345.08, and a civil penalty of $ $10,000, both on a joint and several basis, pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3), and Section 209(e) of the Advisers Act, 15 U.S.C. §80b-9(e)(2). Defendants shall satisfy this obligation by paying the above amounts to the Securities and Exchange Commission within 10 days of the entry of this Final Judgment.

Defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendants may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Stevens Resource Group, LLC and George Stevens as defendants in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendants shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendants relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendants. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendants shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

### III.
### INCORPORATION OF DEFENDANTS' CONSENTS

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendants' Consents filed herewith are incorporated herein with the same force and effect as if fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

## IV.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

There being no just reason for delay, the Clerk of this Court is hereby directed to enter this Final Judgment forthwith and without further notice pursuant to Fed. R. Civ. P. 54, 58, and 79.

**DONE AND ORDERED** this 12th day of October, 2018.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record