UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                       Case No: 8:14-CV-2427-T-27TGW

WEALTH STRATEGY PARTNERS, LLP,
HARVEY ALTHOLTZ, STEVENS
RESOURCE GROUP, LLC, GEORGE Q.
STEVENS and WEALTH STRATEGY
PARTNERS, LC,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation from the Magistrate Judge recommending that the Defendants, jointly and severally, disgorge ill-gotten gains of $228, 505.97, with prejudgment interest of $52,015.31, and that a civil penalty be assessed against Defendant WSP in the amount of $725,000.00 and against Defendant Altholtz in the amount of $150,000.00. (Dkt. 118). No party filed objections and the time for doing so has expired.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

1

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law,

1. The Report and Recommendation (Dkt. 118) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review.

2. Defendants Altholtz and WSP are ordered to pay disgorgement of ill-gotten proceeds, jointly and severally, in the amount of $228,505.97.

3. Defendants Altholtz and WSP are ordered to pay, jointly and severally, prejudgment interest in the amount of $52,015.31.

4. Defendant WSP is ordered to pay a civil penalty of $725,000.00.

5. Defendant Altholtz is ordered to pay a civil penalty of $150,000.00.

6. The Clerk is directed to enter judgment against Defendants accordingly, and to CLOSE the file.

**DONE AND ORDERED** this 17th day of June, 2019.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of record